UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:10-CR-49(2) RM |
| ) | |
| TREMAINE GRANT ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on August 19, 2010 [Doc. No. 54]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Tremaine Grant's plea of guilty, and FINDS the defendant guilty of Counts 1 and 2 of the Indictment, in violation of 18 U.S.C. §§ 2113(d) and 2 and 18 U.S.C. § 924(c).

SO ORDERED.

ENTERED:  September 14, 2010 

　　　　　　　　　　　　　　　　　　　  /s/ Robert L. Miller, Jr.  
　　　　　　　　　　　　　　　　　　　Judge  
　　　　　　　　　　　　　　　　　　　United States District Court